ALEXANDER and Another *v.* DUNN.—On appeal.

THIS was an action of assumpsit brought by *Dunn* against *Alexander* and another. The cause was submitted to the Court and judgment rendered for the plaintiff.

No plea appears to have been filed in this case. The record does not show what was the issue, or whether there was any.

The judgment is reversed, and the proceedings, back to the filing of the declaration, set aside. The costs in the Court below to abide the event of the suit. Cause remanded for further proceedings. Costs here.